UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA KHAN,

                              Plaintiff,                    21 Civ. 1476 (PAE)

                -v-

                                                              ORDER

Z & D TOUR, INC., FEDEX GROUND PACKAGE
SYSTEM, INC. and PENSKE TRUCK LEASING CORP.,

                              Defendants.

PAUL A. ENGELMAYER, District Judge:

      At yesterday's conference, the Court stayed discovery pending the resolution of the motion filed by FedEx Ground Package System, Inc. ("FedEx") to dismiss for lack of jurisdiction or, in the alternative, to transfer to the Western District of Pennsylvania. Dkt. 12.

      Plaintiff's opposition, or statement that plaintiff does not oppose, FedEx's motion to transfer is due April 29, 2021. Z&D Tour, Inc. and Penske Truck Leasing Corp. are directed to file forthwith letters indicating whether they intend to join or oppose FedEx's motion to dismiss or, in the alterative, transfer the case.

      SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: April 9, 2021
         New York, New York